STATE of Missouri, Respondent,

v.

**Mark D. CHAPMAN, Appellant.**

No. WD 43171.

Missouri Court of Appeals,
Western District.

March 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Application to Transfer Denied
June 11, 1991.

L.R. Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and GAITAN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Defendant appeals from convictions of kidnapping, Mo.Rev.Stat. § 565.110.1 (1986), and first degree sexual abuse, Mo.

Rev.Stat. § 566.100.1 (1986), after jury trial.

The judgment is affirmed. Rule 30.25(b).